In the Matter of JOHN C. McEACHEN, an Attorney, Respondent. NEW YORK COUNTY LAWYERS' ASSOCIATION, Petitioner.

First Department, December 14, 1945.

*Emil Schlesinger,* of counsel (*George R. Adams,* attorney), for petitioner.

*John C. McEachen,* respondent in person.

*Per Curiam.* The respondent has been found guilty by an official referee of the charge of converting $5,000, the property of a client who was almost eighty years of age. Despite the fact that he made restitution on the last day on which hearings were conducted by the official referee, the conversion of the funds and other acts of misconduct covering a period of more than ten years clearly establish that the respondent is unfit to remain a member of the legal profession.

The respondent should be disbarred.

MARTIN, P. J., TOWNLEY, GLENNON, DORE and COHN, JJ., concur.

Respondent disbarred.